

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00524-CR

Lloyd Ray **MCKINNEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. CCL-16-1094
Honorable Frank Follis, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 13, 2018.

_Karen Angelini_
Karen Angelini, Justice